IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:10cr131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENJAMIN CHENIER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that, jury trial for the defendant, Benjamin Chenier, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 3, 2010, at 1:00 p.m.**

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 9th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge